# EXHIBIT C

October 17, 2023

<u>VIA ROYAL MAIL INTERNATIONAL TRACKED AND SIGNED</u>

Mr. Dimitri Serge Negroponte
Ms. Yoonjung Kim
1955 Purdue Avenue
Los Angeles, CA 90025

Dear Yoonjung and Dimitri:

I am writing with respect to the promissory note you executed as of March 25, 2022 with a $3,000,000 principal sum (the "First Promissory Note") and the promissory note you executed as of November 16, 2022 with a $3,106,528 principal sum (the "Second Promissory Note").

As you may recall, both the First Promissory Note and the Second Promissory Note are demand notes, meaning that they are payable in full to me, upon my demand, as the holder of the note.

The First Promissory Note and the Second Promissory Note each provide that:

- On demand, you promise to pay to me at such place as I may designate from time to time in writing (1) the principal sum under the promissory note, together with interest as provided in the promissory note, (2) all costs and expenses, including reasonable attorneys' fees in the collection of the note, or any litigation or controversy arising from or connected with the note, and (3) all taxes and duties assessed upon the note.

- All amounts due under the note and interest thereon will be payable in legal tender of the United States.

- If I fail to receive any amount of principal and/or interest or any other sum due under the note for ten (10) days after such payment becomes due, I have the option to impose a delinquency or late charge equal to five percent (5%) of the total amount of the required payment.

- A default under the note is deemed to occur (1) upon your failure to make payment of principal and interest within ten (10) days after the same is due and payable, (2) failure to make payment of any other sum due under the note within fifteen (15) days after notice that the same is due and payable or (3) your breach of any other provision of the note.

- Upon the occurrence of a default (and so long as the default is continuing) the entire amount of principal and interest remaining unpaid will (at my option) immediately become due and payable and my failure to exercise this option or any other right under the note or any delay in exercising this option or any other right will not waive my right to exercise the option or right at any other time, as long as your default remains uncured, and will not waive my right to exercise the option or any other right upon the occurrence of any other default.

116892068.1

Therefore, pursuant to the terms of:

- The First Promissory Note, I hereby demand that you pay to me the principal sum of $3,000,000, along with accrued interest in the amount of $160,925.37 through October 31, 2023 for a total of $3,160,925.37, no later than October 31, 2023.

- The Second Promissory Note, I hereby demand that you pay to me the principal sum of $3,106,528, along with accrued interest in the amount of $136,194.92 through October 31, 2023 for a total of $3,242,722.92, no later than October 31, 2023.

In each case, payment may be made by wire transfer to the following account with the following wire instructions.

Bank Name: Bank of America
Address: 1414 Massachusetts Ave., Cambridge, MA 02138 USA
By Wire: ABA Number 026009593
By ACH: Routing Number 011000138
SWIFT Code: BOFAUS3N
Account #: 85146920
Account Holder: Nicholas P Negroponte

Sincerely,

*[signature]*

Nicholas Negroponte